IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY LEE HENSON,
ADC #91650                                                                                                    PLAINTIFF

VS.                                              4:13-CV-00739-BRW/JTR

CLAYTON EDWARDS, Captain,
White County Detention Center, *et al.*                                                         DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Thomas J. Ray. No objections have been filed. After careful consideration, I conclude that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 23) is GRANTED.

The Clerk of the Court is directed to alter the docket to show Defendant Drew is properly Robert Drewyor. Plaintiff's claims against Defendants Clayton Edwards, Kyle Williams, Lowell McKenzie, Colin Irvin, and Robert Drewyor are DISMISSED with prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of December, 2014.

                                                    /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE