**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**GARY LEE HENSON,
ADC #91650**                                                                    **PLAINTIFF**

**VS.**                                    **4:13-CV-00739-BRW/JTR**

**CLAYTON EDWARDS, Captain,
White County Detention Center, et al.**                      **DEFENDANTS**

<u>**JUDGMENT**</u>

This case is DISMISSED without prejudice and the Clerk of the Court is directed to close

the case.  I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing

this action would be frivolous and not in good faith.

IT IS SO ORDERED this 5th day of November, 2014.


  /s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE